Martin BANDA, Plaintiff–Appellant,

v.

FEDERAL EXPRESS COR-
PORATION, INC., De-
fendant–Appellee.

No. 05–20182.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 7, 2005.

Richard Kurt Arbuckle, Kurt Arbuckle,
Houston, TX, for Plaintiff–Appellant.

S Shawn Stephens, Nancy Lynne Pat-
terson, Baker & Hostetler, Carl Knox
Morrison, Houston, TX, Michael Edwin
Gabel, Christopher James Yost, Federal

Express Corp Legal Department, Mem-
phis, TN, for Defendant–Appellee.

Before JONES, WIENER, and
DeMOSS, Circuit Judges.

PER CURIAM: *

On May 8, 2002, Martin Banda ("Plain-
tiff") filed his original complaint against
Federal Express Corporation ("Fed Ex")
seeking recovery for "national origin dis-
crimination." On August 19, 2003, the dis-
trict court granted partial summary judg-
ment to Fed Ex on various of the claims
asserted by Plaintiff. On March 3, 2004,
the district court granted partial summary
judgment to Fed Ex on additional grounds
asserted by Plaintiff. On February 3,
2005, the district court granted Fed Ex's
third motion for summary judgment on the
basis of judicial estoppel. That order dis-
posed of all claims of Plaintiff. Plaintiff
appealed from the final judgment entered
on February 3, 2005.

We have carefully reviewed the briefs,
the record excerpts, and relevant portions
of the record itself. For the reasons stat-
ed by the district court in its Memoran-
dum and Order entered February 3, 2005,
we affirm the final judgment entered con-
temporaneously therewith, dismissing all
of Plaintiff's claims with prejudice.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.